# EXHIBIT 2

## COURT ORDERED CLASS ACTION NOTICE

*Knight. v. Progressive Northwestern Ins. Co.,*
*Case No. 3:22-cv-00203-JM*

Opt Out Deadline: [Date]

*Knight. v.*
*Progressive Northwestern Ins. Co.*
c/o [Notice Administrator]
[Address]

||||||||||||||||||||||||||||||||||||||
Postal Service: Please do not mark barcode

LIST ID
[First][Last]
[Address1]
[Address2]
[City], [State], [Zip Code]

```
FIRST CLASS
   MAIL
US POSTAGE
   PAID
  Permit#_
```

This Notice is to inform you of the pendency of the Class Action and to advise you of your rights as a potential Class Member. The Court's order, including the full definition of the certified Class, can be viewed at [link].

**What is the Class Action About?** This Class Action alleges that Progressive Northwestern Insurance Company ("Progressive") systematically paid its insureds <u>less</u> than the actual cash value of their vehicles for total loss claims, in breach of Progressive's policies and in breach of the covenant of good faith and fair dealing. The Class Representative is only challenging application of the "projected sold adjustment" as part of the valuation process.

**What are My Options?** Progressive's records indicate you may be a Class Member. If you are a member of the Class, you have two choices. 1) **If you wish to remain a member of the Class, you are not required to do anything at this time**. By remaining a Class Member, you will be bound by the outcome of this lawsuit whether the judgment is favorable to the Class or to Progressive, and you won't be able to sue Progressive for the claims at issue in this case. 2) **If you do not wish to participate in this class action, you can request exclusion from the Class**. If you choose to be excluded, you will not get any money or benefits from this lawsuit, but you will not be bound by any orders or judgments in this case. If you request exclusion, you will have the right to pursue individually, at your own expense, any claim you may have against Progressive. To be valid, your exclusion must be received by **_____, 2024**.

**Who Represents Me?** The Court has appointed lawyers from Carney Bates & Pulliam, PLLC; Shamis & Gentile, P.A.; Normand PLLC; Jacobson Phillips PLLC; and Edelsberg Law, P.A. to serve as Class Counsel. You do not have to pay Class Counsel to participate. Instead, if they recover money for the Class, the lawyers may seek the Court for an award of fees or expenses. You may hire your own lawyer, at your own expense, to appear in Court for you, but you do not have to.

**How Do I Get More Information?** For more information, go to the website maintained for this Class Action, [link], or you may contact the Administrator at [toll free number] or contact Class Counsel, Carney Bates, at One Allied Drive, Suite 1400, Little Rock, AR, 72202, or by www.cbplaw.com.