# EXHIBIT 5

# REQUEST FOR EXCLUSION (OPT-OUT) FORM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

*Knight v. Progressive Northwestern Ins. Co.*
**Case No. 3:22-cv-00203-JM**

**IF YOU WANT TO BE INCLUDED IN THIS CLASS ACTION LAWSUIT, <u>DO NOT FILL</u> OUT THIS FORM.**

**<u>IF YOU DO NOT WANT TO BE INCLUDED</u> IN THE CLASS ACTION LAWSUIT, YOU MUST PROVIDE A DOCUMENT WITH THE CASE NAME, DATE, YOUR SIGNATURE, YOUR PRINTED NAME, AND COMPLETE ADDRESS AND MAIL IT TO THE ADDRESS BELOW, POSTMARKED NO LATER THAN _____, 2024. IT MUST BE MAILED TO:**

**Knight v. Progressive Notice Administrator**
**[Address]**

**You are not required to use this form so long as you provide a document with the Case Name, Date, Your Signature, Printed Name, Mailing Address and Statement Requesting to be Excluded from the Class Action.**

---

I declare as follows:

I have received and reviewed the Notice of Pendency of Class Action in this action and I wish to be *excluded* from the certified Class and *not* participate in the class action lawsuit captioned *Knight v. Progressive Northwestern Ins. Co.*

Dated (REQUIRED): _____

_____
(Signature) REQUIRED

_____
(Typed or Printed Name) REQUIRED

_____
(Address) REQUIRED

_____
(City, State, Zip Code) REQUIRED