# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ERIK KNIGHT, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, an Ohio corporation,

    Defendant.

Case No. 3:22-cv-00203

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

This matter comes before the Court on Defendant Progressive Northwestern Insurance Company's Motion for Leave to File Documents Under Seal (Doc. No. 131, the "Motion"). Defendant requests that it be permitted to file under seal its Reply in Support of Its Motion for Summary Judgment, Reply in Support of Its Statement of Undisputed Material Facts, and Reply in Support of Its Motion to Exclude the Report and Testimony of Plaintiff's Expert Jason Merritt.

The Court, having reviewed the Motion and being duly advised, hereby **GRANTS** the Motion and **ORDERS** that Defendant's Reply in Support of Its Motion for Summary Judgment, Reply in Support of Its Statement of Undisputed Material Facts, and Reply in Support of Its Motion to Exclude the Report and Testimony of Plaintiff's Expert Jason Merritt be maintained under seal.

It is **SO ORDERED** this 27th day of August, 2024.

                                                James M. Moody, Jr.
                                                United States District Judge