UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| ERIK KNIGHT, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:22-cv-00203-JM |

**PLAINTIFFS' MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

  Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs, Eric Knight and Jung Kim, hereby move this Court for an order (1) preliminarily approving the Settlement, (2) provisionally certifying the Settlement Classes, (3) appointing Plaintiffs Eric Knight and Jung Kim as Settlement Class Representatives, (4) appointing Carney Bates & Pulliam, PLLC, Jacobson Phillips PLLC, Normand PLLC, Edelsberg Law, P.A., Shamis & Gentile, and Bailey & Glasser, LLP as Class Counsel for the Settlement Classes, (5) approving Epiq Class Action and Claims Solutions, Inc. as Settlement Administrator, (6) approving the form and manner of Class Notice to the Settlement Classes, (7) approving the proposed schedule of events, and (8) scheduling a Final Fairness Hearing.

  For the reasons set forth in the accompanying Memorandum of Law, the Declaration of Cameron R. Azari, Esq. on Settlement Notice Plan and the Declaration of Hank Bates in Support of Motion for Preliminary Approval filed contemporaneously herewith, this Court should enter an

i

Order granting preliminary approval of the Settlement Classes. A proposed Order Granting Preliminary Approval is attached hereto as Exhibit 1.

Dated: May 8, 2025    Respectfully submitted,

    Hank Bates (ABN 980563)
    Tiffany Wyatt Oldham (ABN 2001287)
    Lee Lowther (ABN 2013142)
    CARNEY BATES & PULLIAM, PLLC
    One Allied Drive, Suite 1400
    Little Rock, AR 72202
    Tel: (501) 312-8500
    Email: hbates@cbplaw.com
    Email: toldham@cbplaw.com
    Email: llowther@cbplaw.com

    Andrew J. Shamis (admitted *pro hac vice*)
    Edwin E. Elliott (admitted *pro hac vice*)
    Christopher Berman (admitted *pro hac vice*)
    SHAMIS & GENTILE, P.A.
    14 NE 1st Avenue, Suite 705
    Miami, FL 33132
    Tel: (305) 479-2299
    Email: ashamis@shamisgentile.com
    Email: edwine@shamisgentile.com
    Email: cbergman@shamisgentile.com

    Joshua R. Jacobson (admitted *pro hac vice*)
    JACOBSON PHILLIPS PLLC
    478 E. Altamonte Dr., Ste. 108-570
    Altamonte Springs, FL 32701
    Tel: (407) 720-4057
    Email: jacob@jacobsonphillips.com

    Brian A. Glasser (admitted *pro hac vice*)
    James L. Kauffman (ABN 2003050)
    BAILEY & GLASSER, LLP
    1055 Thomas Jefferson Street NW, Suite 540
    Washington, DC 20007
    Tel: (202) 463-2101
    Email: bglasser@baileyglasser.com
    Email: jkauffman@baileyglasser.com

    Patricia M. Kipnis (admitted *pro hac vice*)
    BAILEY & GLASSER LLP

923 Haddonfield Rd. Suite 307
Cherry Hill, NJ 08002
Tel: (304) 340-2282
Email: pkipnis@baileyglasser.com

Jonathan Marshall (admitted *pro hac vice*)
BAILEY & GLASSER LLP
209 Capitol Street
Charleston, WV 25301
Tel: (304) 345-6555
Email: jmarshall@baileyglasser.com

David L. Selby, II (admitted *pro hac vice*)
BAILEY & GLASSER LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone: (205) 835-9906
Email: DSelby@baileyglasser.com

Adam Schwartzbaum (admitted *pro hac vice*)
EDELSBERG LAW, P.A.
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Tel: (786) 289-9469
Email: adam@edelsberglaw.com

Edmund A. Normand (admitted *pro hac vice*)
Christopher M. Hudon (admitted *pro hac vice*)
NORMAND PLLC
3165 McCrory Place, Suite 175
Orlando, FL 32803
Tel: (407) 603-6031
Email: ed@normandpllc.com
Email: christopher.hudon@normandpllc.com

*Counsel for Plaintiff and the Proposed Class*