# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ERIC KNIGHT and JUNG KIM, individually and
on behalf of all others similarly situated                                    PLAINTIFFS

vs.                                       No. CV 3:22-cv-203 JM

PROGRESSIVE NORTHWESTERN
INSURANCE COMPANY, PROGRESSIVE
DIRECT INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE
COMPANY, PROGRESSIVE SPECIALTY
INSURANCE, and PROGRESSIVE CLASSIC
INSURANCE COMPANY, Ohio corporations                                          DEFENDANTS

## ORDER

In light of the Court's preliminary approval of the class action settlement (Doc. No. 184), the following motions are terminated without prejudice to refiling Doc. Nos. 78, 81, 86, and 144.

IT IS SO ORDERED this 22nd day of May, 2025.

_____
United States District Judge