IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| ERIK KNIGHT and JUNG KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE NORTHWESTERN INSURANCE COMPANY, PROGRESSIVE DIRECT INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE SPECIALTY INSURANCE, and PROGRESSIVE CLASSIC INSURANCE COMPANY, Ohio corporations,<br><br>Defendants. | Case No.: 3:22-cv-00203-JM |

### PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

In accord with the Settlement Agreement (the "Settlement Agreement")[1] and this Court's Order Granting Preliminary Approval, dated May 19, 2025 (ECF No. 184, the "Preliminary Approval Order"), Plaintiffs Erik Knight and Jung Kim ("Plaintiffs" or "Settlement Class Representatives"), by and through undersigned counsel, hereby move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an order (i) granting final approval of the proposed settlement of this case (the "Settlement") as fair, reasonable, and adequate; (ii) granting final certification to the Settlement Classes; and (iii) finding the notice program as set forth in the

---

[1] Previously filed with the Court on May 8, 2025 as Exhibit 1 to the Declaration of Hank Bates in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. *See* ECF No. 179-1.

Settlement Agreement and effectuated pursuant to the Preliminary Approval Order satisfies the requirements of Federal Rule of Civil Procedure 23(c) and due process and constitutes the best notice practicable under the circumstances. In support thereof, Plaintiffs are contemporaneously filing a Memorandum of Law in Support of Motion for Final Approval of Class Action Settlement and the declarations of Hank Bates and Cameron Azari.

Dated: August 1, 2025                    Respectfully submitted,

                                       Hank Bates (ABN 980563)
Tiffany Wyatt Oldham (ABN 2001287)
Lee Lowther (ABN 2013142)
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72202
Tel: (501) 312-8500
Email: hbates@cbplaw.com
Email: toldham@cbplaw.com
Email: llowther@cbplaw.com

Andrew J. Shamis (admitted *pro hac vice*)
Edwin E. Elliott (admitted *pro hac vice*)
Christopher Berman (admitted *pro hac vice*)
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Tel: (305) 479-2299
Email: ashamis@shamisgentile.com
Email: edwine@shamisgentile.com
Email: cbergman@shamisgentile.com

Joshua R. Jacobson (admitted *pro hac vice*)
JACOBSON PHILLIPS PLLC
2277 Lee Road, Suite B
Winter Park, FL 32789
Tel: (407) 720-4057
Email: jacob@jacobsonphillips.com

Brian A. Glasser (admitted *pro hac vice*)
James L. Kauffman (ABN 2003050)
BAILEY & GLASSER, LLP
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007

Tel: (202) 463-2101
Email: bglasser@baileyglasser.com
Email: jkauffman@baileyglasser.com

David L. Selby, II (admitted *pro hac vice*)
BAILEY & GLASSER LLP
3000 Riverchase Galleria, Suite 905
Birmingham, AL 35244
Telephone: (205) 835-9906
Email: DSelby@baileyglasser.com

Scott Edelsberg (admitted *pro hac vice*)
EDELSBERG LAW, P.A.
20900 NE 30th Avenue, Suite 417
Aventura, FL 33180
Tel: (786) 289-9469
Email: scott@edelsberglaw.com

Edmund A. Normand (admitted *pro hac vice*)
Christopher M. Hudon (admitted *pro hac vice*)
NORMAND PLLC
3165 McCrory Place, Suite 175
Orlando, FL 32803
Tel: (407) 603-6031
Email: ed@normandpllc.com
Email: christopher.hudon@normandpllc.com

*Counsel for Plaintiff and the Proposed Settlement Classes*